UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| MARIA S. REMINGTON,<br><br>           Plaintiff<br><br>vs.<br><br>JOSEPH V. DIPIERRO,<br><br>           Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:17-CV-374-BR** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the plaintiff's motion to amend, (DE #21), is GRANTED and the Clerk is DIRECTED to file her proposed amended complaint, (DE #21-1). Plaintiff's motion to proceed IFP, (DE # 19), is also GRANTED. The amended complaint is DISMISSED for failure to state a claim. The Clerk is DIRECTED to close this case.

This Judgment filed and entered on July 31, 2018, and copies to:
Maria S. Remington (via U.S. Mail to P.O. Box 52074, Durham, NC  27717)

July 31, 2018

Peter A. Moore, Jr.
Clerk of Court

By: /s/ Susan K. Edwards
Deputy Clerk