IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CV-00374-BR

| | |
|---|---|
| MARIA S. REMINGTON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| JOSEPH V. DIPIERRO, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on plaintiff's motion for sealed documents filed at docket entry 12. (DE # 41.) The Clerk returned those original documents to plaintiff on 5 October 2017. (See DE # 13.) Therefore, to the extent plaintiff requests the return of the original documents, the motion is moot. To the extent plaintiff seeks copies of these documents, there are fixed fees associated with obtaining copies of court documents which plaintiff must pay, see Hazel v. McElvogue, No. CA 0:09-2405-SB-PJG, 2010 WL 1409414, at *2 (D.S.C. Apr. 2, 2010) (denying plaintiff's motion for free copies of documents he filed and stating, "While [the plaintiff] was granted leave to proceed *in forma pauperis* in this matter pursuant to 28 U.S.C. § 1915, this status exempts litigants from paying the filing fees in full at the time the lawsuit is filed; it does not exempt litigants from the costs of copying and filing documents, service of documents other than the complaint, costs, expert witness fees, or sanctions." (citing cases)), particularly because her appeal from the judgment concluded months ago.

Therefore, plaintiff's motion is DENIED. Plaintiff may obtain copies of the subject documents by submitting, either in person or with written request by U.S. mail, $6.00 (12 pages

x $.50 per page) to the Clerk.

This 2 July 2019.

_____
W. Earl Britt
Senior U.S. District Judge